UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

Fit Tech, Inc., Planet Fitness Center, Inc.,
Planet Fitness Center of Maine, Inc., Planet
Fitness Center of Dartmouth, Inc., Planet
Fitness Center of Salem, Inc., Planet Fitness
Center of Brighton, Inc., Stratford Fitness
Center, Inc., David B. Laird and Scott G.
Baker
        Plaintiffs,

v.

Bally Total Fitness Holding Corporation,
Holiday Universal, Inc., Paul Toback, Lee
Hillman and John Dwyer,

        Defendants.

C.A. No. 05-10471-MEL

## CERTIFCATE OF SERVICE

I hereby certify that I served the following documents on the only Defendants who have so far appeared in this action by mailing a copy thereof, by first class mail postage prepaid to their counsel:

Juliet A. Davison, Esq.
Todd & Weld LLP
28 State Street
Boston, MA 02109

Stephen W. Rider, Esq.
Date: April 14, 2005