UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIT TECH, INC., PLANET FITNESS CENTER, INC., PLANET FITNESS CENTER OF MAINE, INC., PLANET FITNESS CENTER OF DARTMOUTH, INC., PLANET FITNESS CENTER OF SALEM, INC., PLANET FITNESS CENTER OF BRIGHTON, INC., STRATFORD FITNESS CENTER, INC., DAVID B. LAIRD and SCOTT G. BAKER,<br>    Plaintiffs,<br><br>vs.<br><br>BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC. PAUL TOBACK, LEE HILLMAN, and JOHN DWYER,<br>    Defendants. | Civil Action No.<br>05-10471-MEL |

## ASSENTED-TO MOTION OF DEFENDANTS BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC., AND PAUL TOBACK FOR ENLARGEMENT OF TIME IN WHICH TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT

Defendants Bally Total Fitness Holding Corporation, Holiday Universal, Inc. and Paul Toback (together, "Bally") respectfully request that the Court enlarge the time for them to file a response to Plaintiffs' First Amended Complaint to and including July 18, 2005. As grounds for this Motion, Bally states as follows:

1. Plaintiffs' filed this action on March 11, 2005 and filed their First Amended Complaint on May 13, 2005. A related case is pending before the Court, styled as Fit Tech, Inc., et al v. Bally Total Fitness Holding Corporation, et al. (D. Mass Civ.

No. 03-10295 MEL) ("2003 Action"). The parties and the claims in this case and the 2003 Action overlap significantly.

2. Bally requires and requests the additional time (approximately one month) to allow it to analyze the claims in the First Amended Complaint and to prepare its response, likely in the form of a motion to dismiss all or some of the claims asserted.

3. Plaintiffs, by their counsel, have assented to this Motion.

WHEREFORE, Defendants Bally Total Fitness Holding Corporation, Holiday Universal, Inc., and Paul Toback, respectfully request that the Court grant them until and including July 18, 2005 to file a response to Plaintiffs' First Amended Complaint.

Respectfully submitted,

Defendants,
BALLY TOTAL FITNESS
HOLDING CORPORATION,
HOLIDAY UNIVERSAL, INC., and
PAUL TOBACK,

By their attorneys,

/s/ Heidi A. Nadel
Howard M. Cooper (BBO #543842)
Juliet A. Davison (BBO #562289)
Heidi A. Nadel (BBO #641617)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: June 2, 2005

## LOCAL RULE 7.1(A)(2) CERTIFICATION

I, Juliet A. Davison, hereby certify pursuant to Local Rule 7.1(A)(2) that I have conferred with opposing counsel, Stephen Rider, Esq., and Mr. Rider has, on behalf of Plaintiffs, assented to this Motion.

Dated: June 2, 2005                    /s/ Juliet A. Davison
                                        Juliet A. Davison