UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIT TECH, INC., PLANET FITNESS CENTER, INC., PLANET FITNESS CENTER OF MAINE, INC., PLANET FITNESS CENTER OF DARTMOUTH, INC., PLANET FITNESS CENTER OF SALEM, INC., PLANET FITNESS CENTER OF BRIGHTON, INC., STRATFORD FITNESS CENTER, INC., DAVID B. LAIRD and SCOTT G. BAKER,<br>　　　Plaintiffs,<br><br>vs.<br><br>BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC. PAUL TOBACK, LEE HILLMAN, and JOHN DWYER,<br>　　　Defendants. | Civil Action No.<br>05-10471-MEL |

CORPORATE DISCLOSURE STATEMENT OF
DEFENDANTS BALLY TOTAL FITNESS HOLDING CORPORATION
AND HOLIDAY UNIVERSAL, INC. PURSUANT TO LOCAL RULE 7.3

Pursuant to Local Rule 7.3, defendant Bally Total Fitness Holding Corporation ("Bally") states that it is a publicly-held corporation, that it does not have a parent corporation and that there is no publicly-held corporation that owns 10% or more of Bally's stock.

Pursuant to Local Rule 7.3, defendant Holiday Universal, Inc. ("Holiday") states that it is wholly owned by a corporation known as U.S. Health, Inc. which is, in turn, wholly owned by a corporation known as Bally Total Fitness Corporation which is, in turn, wholly owned by Bally, a publicly-held corporation.

          Respectfully submitted,

          Defendants,
          BALLY TOTAL FITNESS
          HOLDING CORPORATION,
          HOLIDAY UNIVERSAL, INC.,
          By their attorneys,

          /s/ Heidi A. Nadel
          Howard M. Cooper (BBO #543842)
          Juliet A. Davison (BBO #562289)
          Heidi A. Nadel (BBO #641617)
          Todd & Weld LLP
          28 State Street, 31st Floor
          Boston, MA  02109
          (617) 720-2626

Dated: June 2, 2005