UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fit Tech, Inc., Planet Fitness Center, Inc., Planet Fitness Center of Maine, Inc., Planet Fitness Center of Dartmouth, Inc., Planet Fitness Center of Salem, Inc., Planet Fitness Center of Brighton, Inc., Stratford Fitness Center, Inc., David B. Laird and Scott G. Baker<br>             Plaintiffs,<br><br>v.<br><br>Bally Total Fitness Holding Corporation, Holiday Universal, Inc., Paul Toback, Lee Hillman and John Dwyer,<br><br>             Defendants. | C.A. No. 05-10471-MEL |

## CERTIFCATE OF SERVICE

I hereby certify that I served the following documents on the only Defendants who have so far appeared in this action by mailing a copy thereof, by first class mail postage prepaid to their counsel:

Juliet A. Davison, Esq.
Todd & Weld LLP
28 State Street
Boston, MA  02109

_____
Stephen W. Rider, Esq.
Date: April 14, 2005