UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIT TECH, INC., PLANET FITNESS CENTER, INC., PLANET FITNESS CENTER OF MAINE, INC., PLANET FITNESS CENTER OF DARTMOUTH, INC., PLANET FITNESS CENTER OF SALEM, INC., PLANET FITNESS CENTER OF BRIGHTON, INC., STRATFORD FITNESS CENTER, INC., DAVID B. LAIRD and SCOTT G. BAKER, <br>     Plaintiffs, <br><br> vs. <br><br> BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC. PAUL TOBACK, LEE HILLMAN, and JOHN DWYER, <br>     Defendants. | Civil Action No. <br> 05-10471-MEL |

## NOTICE OF APPEARANCE

Pursuant to United States District Court Local Rule 83.5.2 and Local Rule 5.1(a)(1), please enter the appearance of Juliet A. Davison, Esq. on behalf of the Defendants, Bally Total Fitness Holding Corporation, Holiday Universal, Inc. and Paul Toback in the above-captioned action.

>Defendants,
>BALLY TOTAL FITNESS HOLDING
>CORPORATION and HOLIDAY
>UNIVERSAL, INC.,
>By their attorneys,
>
>
>/s/ Juliet A. Davison
>Howard M. Cooper, Esq., BBO #543842
>Juliet A. Davison, Esq., BBO #562289
>Heidi A. Nadel, Esq., BBO #641617
>Todd & Weld LLP
>28 State Street, 31st Floor
>Boston, MA 02109
>(617) 720-2626

Date:   June 22, 2005