UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
                                          )
FIT TECH, INC., PLANET FITNESS            )
CENTER, INC., PLANET FITNESS              )
CENTER OF MAINE, INC., PLANET             )
FITNESS CENTER OF DARTMOUTH,              )
INC., PLANET FITNESS CENTER OF            )
SALEM, INC., PLANET FITNESS               )
CENTER OF BRIGHTON, INC.,                 )
STRATFORD FITNESS CENTER, INC.,           )
DAVID B. LAIRD and SCOTT G.               )
BAKER,                                    )
          Plaintiffs,                     )    Civil Action No:
                                          )    05-10471-MEL
vs.                                       )
                                          )
BALLY TOTAL FITNESS HOLDING               )
CORPORATION, HOLIDAY                      )
UNIVERSAL, INC., PAUL TOBACK,             )
LEE HILLMAN, and JOHN DWYER,              )
          Defendants.                     )
                                          )
```

**UNOPPOSED MOTION OF JOHN DWYER TO ADMIT PRO HAC VICE
WILLIAM D. HEINZ, HOWARD S. SUSKIN AND
SHYNI R. VARGHESE**

Pursuant to Local Rule 83.5.3(b), Richard M. Gelb and Robert S. Messinger, attorneys who are admitted to appear and practice before this Court, hereby move for the admission of William D. Heinz, Howard S. Suskin and Shyni R. Varghese to appear and practice before this Court in the above-captioned action pro hac vice on behalf of John Dwyer. The motion should be allowed inasmuch as each of the afore-mentioned attorneys have filed contemporaneously

herewith Local Rule 83.5.3(b) Certificates.  Counsel for plaintiffs does not oppose the motion.

WHEREFORE, defendant John Dwyer hereby respectfully requests that his motion be allowed and William D. Heinz, Howard S. Suskin and Shyni R. Varghese be admitted to appear and practice before this Court pro hac vice.

>                         DEFENDANT JOHN DWYER,
>
>                         By his attorneys,
>
>
>                         /s/ Richard M. Gelb
>                         /s/ Robert S. Messinger
>                         _____
>                         Richard M. Gelb (BBO#188240)
>                         rgelb@gelbgelb.com
>                         Robert S. Messinger (BBO#651396)
>                         rmessinger@gelbgelb.com
>                         GELB & GELB LLP
>                         20 Custom House Street
>                         Boston, MA  02110
>                         Tel: (617) 345-0010
>                         Fax: (617) 345-0009

Dated: June 29, 2005

```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| FIT TECH, INC., PLANET FITNESS CENTER, INC., PLANET FITNESS CENTER OF MAINE, INC., PLANET FITNESS CENTER OF DARTMOUTH, INC., PLANET FITNESS CENTER OF SALEM, INC., PLANET FITNESS CENTER OF BRIGHTON, INC., STRATFORD FITNESS CENTER, INC., DAVID B. LAIRD and SCOTT G. BAKER,<br>       Plaintiffs,<br><br>vs.<br><br>BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC., PAUL TOBACK, LEE HILLMAN, and JOHN DWYER,<br>       Defendants. | Civil Action No:<br>05-10471-MEL |

```
             LOCAL RULE 83.5.3(b) CERTIFICATE OF
                       WILLIAM D. HEINZ
```

Pursuant to Local Rule 83.5.3(b), I, William D. Heinz, hereby certify as follows:

1. I am a member of the Bars of the State of Illinois, United States District Court for the Northern District of Illinois, United States Court of Appeals for the Third Circuit, United States Court of Appeals for the Fifth Circuit, United State Court of Appeals for the Seventh Circuit and United States Supreme Court and am in good

standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
William D. Heinz, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Phone: (312) 923-2763
Fax: (312) 840-7763
wheinz@jenner.com

Dated: June 28, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIT TECH, INC., PLANET FITNESS CENTER, INC., PLANET FITNESS CENTER OF MAINE, INC., PLANET FITNESS CENTER OF DARTMOUTH, INC., PLANET FITNESS CENTER OF SALEM, INC., PLANET FITNESS CENTER OF BRIGHTON, INC., STRATFORD FITNESS CENTER, INC., DAVID B. LAIRD and SCOTT G. BAKER,<br>        Plaintiffs,<br><br>vs.<br><br>BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC., PAUL TOBACK, LEE HILLMAN, and JOHN DWYER,<br>        Defendants. | Civil Action No: 05-10471-MEL |

LOCAL RULE 83.5.3(b) CERTIFICATE OF
<u>HOWARD S. SUSKIN</u>

Pursuant to Local Rule 83.5.3(b), I, Howard S. Suskin, hereby certify as follows:

1. I am a member of the Bars of the State of Illinois, United States District Court for Northern District of Illinois, United States Court of Appeals for the Fourth Circuit, United States Court of Appeals for the Sixth Circuit and United States Court of Appeals for the Seventh Circuit and am in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Respectfully submitted,

_____
Howard S. Suskin, Esquire
JENNER & BLOCK LLP
One IBM Plaza
Chicago, Illinois 60611
Phone:(312) 923-2604
Fax:(312) 840-7604
hsuskin@jenner.com

Dated: June 28, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIT TECH, INC., PLANET FITNESS CENTER, INC., PLANET FITNESS CENTER OF MAINE, INC., PLANET FITNESS CENTER OF DARTMOUTH, INC., PLANET FITNESS CENTER OF SALEM, INC., PLANET FITNESS CENTER OF BRIGHTON, INC., STRATFORD FITNESS CENTER, INC., DAVID B. LAIRD and SCOTT G. BAKER,<br>      Plaintiffs,<br><br>vs.<br><br>BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC., PAUL TOBACK, LEE HILLMAN, and JOHN DWYER,<br>      Defendants. | Civil Action No: 05-10471-MEL |

LOCAL RULE 83.5.3(b) CERTIFICATE OF
SHYNI R. VARGHESE

Pursuant to Local Rule 83.5.3(b), I, Shyni R. Varghese, hereby certify as follows:

1. I am a member of the Bars of the State of Illinois, United States District Court for the Northern District of Illinois and United States Court of Appeals for the Seventh Circuit and am in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

> Respectfully submitted,
>
> *(signature)*
>
> Shyni R. Varghese, Esquire
> JENNER & BLOCK LLP
> One IBM Plaza
> Chicago, Illinois 60611
> Phone: (312) 840-7648
> Fax: (312) 840-7748
> svarghese@jenner.com

Dated: June 28, 2005