UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                              )
FIT TECH, INC., PLANET FITNESS )
CENTER, INC., PLANET FITNESS   )
CENTER OF MAINE, INC., PLANET  )
FITNESS CENTER OF DARTMOUTH,   )
INC., PLANET FITNESS CENTER OF )
SALEM, INC., PLANET FITNESS    )
CENTER OF BRIGHTON, INC.,      )
STRATFORD FITNESS CENTER, INC.,)
DAVID B. LAIRD and SCOTT G.    )
BAKER,                         )
        Plaintiffs,            )   Civil Action No:
                              )    05-10471-MEL
vs.                            )
                              )
BALLY TOTAL FITNESS HOLDING    )
CORPORATION, HOLIDAY           )
UNIVERSAL, INC., PAUL TOBACK,  )
LEE HILLMAN, and JOHN DWYER,   )
        Defendants.            )
_____)
```

UNOPPOSED MOTION OF LEE HILLMAN TO ADMIT PRO HAC VICE
GREGORY A. MARKEL, GREGORY G. BALLARD
AND KATHRYN F. SHREEVES

Pursuant to Local Rule 83.5.3(b), Richard M. Gelb and
Robert S. Messinger, attorneys who are admitted to appear
and practice before this Court, hereby move for the
admission of Gregory A. Markel, Gregory G. Ballard and
Kathryn F. Shreeves to appear and practice before this
Court in the above-captioned action pro hac vice on behalf
of defendant Lee Hillman.  The motion should be allowed
inasmuch as each of the afore-mentioned attorneys have
filed contemporaneously herewith Local Rule 83.5.3(b)

Certificates.  Counsel for plaintiffs does not oppose the motion.

WHEREFORE, defendant Lee Hillman hereby respectfully requests that his motion be allowed and that Gregory A. Markel, Gregory G. Ballard and Kathryn F. Shreeves be admitted to appear and practice before this Court pro hac vice.

DEFENDANT LEE HILLMAN,

By his attorneys,


/s/ Richard M. Gelb
/s/ Robert S. Messinger
_____
Richard M. Gelb (BBO#188240)
rgelb@gelbgelb.com
Robert S. Messinger (BBO#651396)
rmessinger@gelbgelb.com
GELB & GELB LLP
20 Custom House Street
Boston, MA  02110
Tel: (617) 345-0010
Fax: (617) 345-0009

Dated: June 30, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
_____
                                        )
FIT TECH, INC., PLANET FITNESS          )
CENTER, INC., PLANET FITNESS            )
CENTER OF MAINE, INC., PLANET           )
FITNESS CENTER OF DARTMOUTH,            )
INC., PLANET FITNESS CENTER OF          )
SALEM, INC., PLANET FITNESS             )
CENTER OF BRIGHTON, INC.,               )
STRATFORD FITNESS CENTER, INC.,         )
DAVID B. LAIRD and SCOTT G.             )
BAKER,                                  )
          Plaintiffs,                   )     Civil Action No:
                                        )     05-10471-MEL
vs.                                     )
                                        )
BALLY TOTAL FITNESS HOLDING             )
CORPORATION, HOLIDAY                    )
UNIVERSAL, INC., PAUL TOBACK,           )
LEE HILLMAN, and JOHN DWYER,            )
          Defendants.                   )
_____)
```

LOCAL RULE 83.5.3(b) CERTIFICATE OF
<u>GREGORY A. MARKEL</u>

Pursuant to Local Rule 83.5.3(b), I, Gregory A.
Markel, hereby certify as follows:

1.  I am a member of the Bars of the State of New
    York, United States District Court for the
    Southern District of New York, United States
    District Court for the Eastern District of New
    York, United States District Court for the
    Northern District of California, United Stated
    District Court for the Northern District of
    Illinois, United Stated Court of Appeals for the

First Circuit, United States Court of Appeals for the Second Circuit, United States Court of Appeals for the Fifth Circuit, United States Court of Appeals for the Eleventh Circuit and United States Court of Appeals for the District of Columbia and am in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules for the United States District Court for the District of Massachusetts.

Respectfully submitted,

Gregory A. Markel, Esquire
CADWALADER, WICKERSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Phone:(212) 504-6112
Fax:(212) 504-6666
greg.markel@cwt.com

Dated: June 28, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

———————————————————————————— )
FIT TECH, INC., PLANET FITNESS       )
CENTER, INC., PLANET FITNESS         )
CENTER OF MAINE, INC., PLANET        )
FITNESS CENTER OF DARTMOUTH,         )
INC., PLANET FITNESS CENTER OF       )
SALEM, INC., PLANET FITNESS          )
CENTER OF BRIGHTON, INC.,            )
STRATFORD FITNESS CENTER, INC.,      )
DAVID B. LAIRD and SCOTT G.          )
BAKER,                               )
        Plaintiffs,                  )        Civil Action No:
                                     )        05-10471-MEL
vs.                                  )
                                     )
BALLY TOTAL FITNESS HOLDING          )
CORPORATION, HOLIDAY                 )
UNIVERSAL, INC., PAUL TOBACK,        )
LEE HILLMAN, and JOHN DWYER,         )
        Defendants.                  )
———————————————————————————— )

LOCAL RULE 83.5.3(b) CERTIFICATE OF
GREGORY G. BALLARD

Pursuant to Local Rule 83.5.3(b), I, Gregory G.

Ballard, hereby certify as follows:

1. I am a member of the Bars of the State of New

    York, District of Columbia, United States District

    Court for the Southern District of New York,

    United States District Court for the Eastern

    District of New York, United States District Court

    for the Western District of Michigan, United

    States District Court for the District of

    Columbia, United States District Court for the

Northern District of Illinois, United States Court
of Federal Claims, United States Court of Appeals
for the Fifth Circuit, and United States Court of
Appeals for the Sixth Circuit and am in good
standing in every jurisdiction where I have been
admitted to practice.

2.    There are no disciplinary proceedings against me
as a member of the bar in any jurisdiction.

3.    I am familiar with the Local Rules for the United
States District Court for the District of
Massachusetts.

Respectfully submitted,

_____
Gregory G. Ballard, Esquire
CADWALADER, WICKERHSHAM & TAFT LLP
One World Financial Center
New York, NY 10281
Phone:(212) 504-6701
Fax:(212) 504-6666
gregory.Ballard@cwt.com

Dated: June 28, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIT TECH, INC., PLANET FITNESS CENTER, INC., PLANET FITNESS CENTER OF MAINE, INC., PLANET FITNESS CENTER OF DARTMOUTH, INC., PLANET FITNESS CENTER OF SALEM, INC., PLANET FITNESS CENTER OF BRIGHTON, INC., STRATFORD FITNESS CENTER, INC., DAVID B. LAIRD and SCOTT G. BAKER,  Plaintiffs,  vs.  BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC., PAUL TOBACK, LEE HILLMAN, and JOHN DWYER,  Defendants. | Civil Action No: 05-10471-MEL |

LOCAL RULE 83.5.3(b) CERTIFICATE OF
KATHRYN F. SHREEVES

Pursuant to Local Rule 83.5.3(b), I, Kathryn F. Shreeves, hereby certify as follows:

1.  I am a member of the Bar of the State of New York and am in good standing in that jurisdiction.

2.  There are no disciplinary proceedings against me as a member of the bar in that jurisdiction.

3. I am familiar with the Local Rules for the United
   States District Court for the District of
   Massachusetts.

                    Respectfully submitted,

                    _Kathryn F. Shreeves_

                    Kathryn F. Shreeves, Esquire
                    CADWALADER, WICKERSHAM & TAFT LLP
                    One World Financial Center
                    New York, NY 10281
                    Phone:(212) 504-6259
                    Fax:(212) 504-6666
                    kate.shreeves@cwt.com

Dated: June 29, 2005