UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Fit Tech, Inc., Planet Fitness Center, Inc., Planet Fitness Center of Maine, Inc., Planet Fitness Center of Dartmouth, Inc., Planet Fitness Center of Salem, Inc., Planet Fitness Center of Brighton, Inc., Stratford Fitness Center, Inc., David B. Laird and Scott G. Baker<br><br>　　　　　Plaintiffs,<br><br>v.<br><br>Bally Total Fitness Holding Corporation, Holiday Universal, Inc., Paul Toback, Lee Hillman and John Dwyer,<br><br>　　　　　Defendants. | C.A. No. 05-10471 MEL |

## ASSENTED TO MOTION FOR EXTENSION OF TIME FOR FILING OPPOSITION TO MOTIONS TO DISMISS AND FOR REPLIES THERETO

Plaintiffs, by and through their undersigned counsel, hereby move the Court to amend the Joint Scheduling Order entered August 19, 2005 as follows:

- The date for Plaintiff's filing of their Oppositions to the Defendants' motions to dismiss on lack of personal jurisdiction (set forth on page 3 of the Joint Scheduling Order) shall be extend for one (1) week from January 10, 2006 to January 17, 2006; and

- The corresponding date for the Defendants to file Replies to Plaintiffs' Oppositions shall also be extended from January 31, 2006 to February 7, 2006.

As grounds for this motion, Plaintiffs state as follows:

1. Plaintiffs' undersigned counsel needs an additional week to complete his oppositions because of conflicting professional obligations and the fact that Plaintiffs' counsel moved last week, delaying his preparation of the Oppositions.

- 2 -

2. Counsel to all the Defendants have assented to this request and Motion.

**FIT TECH, INC.,** *et al.***,**
Plaintiffs,
By their attorney,


s/ Stephen W. Rider_____
Stephen W. Rider, Esq., BBO # 419820
Stephen W. Rider, P.C.
350 Lincoln Street – Suite 2400
Hingham, MA 02043
Tel:  781-740-1289
Fax:  781-207-9160
Email: stephen.rider@swrpc.com

Dated: January 11, 2006

### CERTIFCATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on January 11, 2006.

s/ Stephen W. Rider_____