UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIT TECH, INC., PLANET FITNESS CENTER, INC., PLANET FITNESS CENTER OF MAINE, INC., PLANET FITNESS CENTER OF DARTMOUTH, INC., PLANET FITNESS CENTER OF SALEM, INC., PLANET FITNESS CENTER OF BRIGHTON, INC., STRATFORD FITNESS CENTER, INC., DAVID B. LAIRD and SCOTT G. BAKER,<br>　　Plaintiffs,<br><br>vs.<br><br>BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC., PAUL TOBACK, LEE HILLMAN, and JOHN DWYER,<br>　　Defendants. | Civil Action No. 05-10471-MEL |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please withdraw my appearance as co-counsel for the Defendants in the above-captioned matter. Howard Cooper, Juliet Davison and Heidi Nadel remain in this action as counsel for the Defendants.

Respectfully submitted,

/s/ Zoe Butler-Stark
Zoe Butler-Stark, Esq. (BBO #658985)
Todd & Weld LLP
28 State Street, 31st Floor
Boston, MA 02109
(617) 720-2626

Dated: January 26, 2006

CERTIFICATE OF SERVICE

I, Zoe Butler-Stark, hereby certify that the document has been filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participant on this date.

Date: January 26, 2006               /s/ Zoe Butler-Stark