UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FIT TECH, INC., PLANET FITNESS CENTER, INC., PLANET FITNESS CENTER OF MAINE, INC., PLANET FITNESS CENTER OF DARTMOUTH, INC., PLANET FITNESS CENTER OF SALEM, INC., PLANET FITNESS CENTER OF BRIGHTON, INC., STRATFORD FITNESS CENTER, INC., DAVID B. LAIRD and SCOTT G. BAKER,<br>    Plaintiffs,<br><br>vs.<br><br>BALLY TOTAL FITNESS HOLDING CORPORATION, HOLIDAY UNIVERSAL, INC., and PAUL TOBACK<br>    Defendants. | Civil Action No. 05-10471-MEL |

## STIPULATION OF DISMISSAL OF ALL CLAIMS WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1), the Plaintiffs Fit Tech, Inc., Planet Fitness Center, Inc., Planet Fitness Center of Maine, Inc., Planet Fitness Center of Dartmouth, Inc., Planet Fitness Center of Salem, Inc., Planet Fitness Center of Brighton, Inc., Stratford Fitness Center, Inc., David B. Laird, and Scott G. Baker ("Plaintiffs") hereby dismiss all of their claims against Defendants Bally Total Fitness Holding Corporation, Holiday Universal, Inc., and Paul Toback ("Defendants") with prejudice with each party to bear its own attorneys' fees and costs and waiving any and all rights to appeal.

Respectfully submitted,

| Plaintiffs,<br>FIT TECH, INC., et al.<br>By their attorneys,<br><br>*[signature]*<br><br>/s/ Stephen W. Rider<br>Stephen W. Rider<br>stephen.rider@swrpc.com<br>Stephen W. Rider P.C.<br>350 Lincoln Place Ste 2400<br>Hingham, MA 02043<br>(781) 740-1289<br> Defendants, | BALLY TOTAL FITNESS<br>HOLDING CORPORATION,<br>HOLIDAY UNIVERSAL, INC., and<br>PAUL TOBACK,<br>By their attorneys,<br><br><br>/s/ Matthew J. Fogelman<br>Howard M. Cooper (BBO #543842)<br>hcooper@toddweld.com<br>Juliet A. Davison (BBO #562289)<br>jdavison@toddweld.com<br>Heidi A. Nadel (BBO #641647)<br>hnadel@toddweld.com<br>Matthew J. Fogelman (BBO #653916)<br>mfogelman@toddweld.com<br>Todd & Weld LLP<br>28 State Street, 31st Floor<br>Boston, MA  02109<br>(617) 720-2626 |

Dated: ~~October~~ Nov 3, 2006

2

## CERTIFICATE OF SERVICE

    I, Matthew J. Fogelman, hereby certify that this document has been filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this date.

Date: ~~October~~ Nov 3, 2006          /s/    Matthew J. Fogelman